| | |
|---|---|
| *Attorney or Party without Attorney:*<br>MICHAEL CRYAN<br>ARENT FOX LLP<br>55 SECOND STREET<br>21ST FLOOR<br>SAN FRANCISCO, CA  94105<br>*Telephone No:* 415-757-5500<br><br>*Attorney for:* | *For Court Use Only* |
| *Ref. No. or File No.:* | |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court For The Eastern District Of California

*Plaintiff:* In Re The Matter Of
*Defendant:* B&B ALEXANDRIA CORPORATE PARK TIC, LLC.

| **PROOF OF SERVICE SUBPOENA** | *Hearing Date:*<br>Fri, Aug. 07, 2015 | *Time:*<br>1:00PM | *Dept/Div:* | *Case Number:*<br>USBC EDVA 15-12361-BFK |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

3. a. Party served:   CHERYL MILLER

4. Address where the party was served:   13693 FERN ROAD EAST
   WHITMORE, CA  96096

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu., Aug. 06, 2015 (2) at: 10:10AM
   b. I received this subpoena for service on:   Wednesday, August 05, 2015

6. Witness fees were offered or demanded, and paid:   $83.68

7. *Person Who Served Papers:*   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Michael Morris
   
   First Legal
   1511 West Beverly Blvd.
   Los Angeles, CA 90026
   Telephone   (213) 250-9111
   Fax         (213) 250-1197
   www.firstlegalnetwork.com
   
   d. **The Fee** for Service was:
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.:   2012-33
      (iii) County:   Sacramento
      (iv) Expiration Date:   Fri, Jul. 01, 2016

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Fri, Aug. 07, 2015

                                                                (Michael Morris)

| Judicial Council Form | PROOF OF SERVICE | 7186608 .arefo-sf.720680 |
| Rule 2.150.(a)&(b) Rev January 1, 2007 | SUBPOENA | |